IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA ANDERSON; BETTY
ALDRIDGE; AND RANDY MILLBROOKS                                    PLAINTIFFS

V.                      CASE NO. 4:17CV 779JM

FORREST CITY POLICE DEPARTMENT;
CITY OF FORREST CITY; MAYOR LARRY
BRYANT, in his individual and official capacity
As Mayor; CHIEF E. PAGE REYNOLDS;
LIEUTENANT ERIC VARNER; OFFICER
ALDRIDGE O'NEAL WINFREY; OFFICER
VANESSA BRAYBOY; OFFICER LEROY
HARPER; OFFICER JEFF NICHOLS; OFFICER
MORRIS MCNUTT; OFFICER RUBEN IVY;
OFFICER BARRY DOSS, each officer is sued
In their individual and official capacities; JOHN
DOE and MICHAEL CODY                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 17th day of September, 2019.

_____
James M. Moody, Jr.
United States District Judge